IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 14 2020 1:07 pm

Margaret Botkins, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLISSON MAR BEBIANO, <br><br> Defendant. | No. 20-CR-05-J <br><br> **18 U.S.C. § 1029(a)(4)** <br> (Illegal Possession of Counterfeit Device Making Equipment) <br><br> ** FORFEITURE NOTICE ** |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about October 29, 2019, through and including November 25, 2019, in the District of Wyoming, the Defendant, ALLISSON MAR BEBIANO, knowingly and with intent to defraud possessed device-making equipment, which affected interstate commerce.

In violation of 18 U.S.C. § 1029(a)(4).

### FORFEITURE NOTICE

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1029, set forth above, the Defendant, **ALLISSON MAR BEBIANO**, shall forfeit to the United States of America:

   (A) Pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations;

(B) Pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

The property to be forfeited includes, but is not limited to, device-making equipment and a money judgment for the proceeds obtained, directly or indirectly, as a result of such violations, specifically 12,978.27 in U.S. currency. The United States of America shall be entitled to forfeiture of substitute property pursuant to 18 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1029(c)(2), and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), and 28 U.S.C. § 2461(c).

**DATED** this 14 day of January, 2020.

        MARK A. KLAASSEN
        United States Attorney

By: _____
        CHRISTYNE M. MARTENS
        Assistant United States Attorney