# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

1:45 pm, 1/14/20

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

ALLISSON MAR BEBIANO

Defendant.

Case Number:   20-CR-05-J/19MJ103-J

Date 1/14/20     Time 1:21 - 1:43      Before the Honorable    Kelly H. Rankin

☐ Indictment   ☑ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense:

| Zachary Fisher | Monique Gentry | Kristen Simmer |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Christyne Martens | Justin Stephenson | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  David Weiss

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**     Date  1/14/20

(Comments)  advised of rights and charges

- [✓] Defendant committed to custody of U.S. Marshal
- [ ] Preliminary hearing waived
- [ ] Preliminary / Final revocation hearing waived
- [ ] Removal hearing waived

[ ] Arraignment set for:
Date _____ Time _____ Judge _____

[ ] Preliminary hearing set for: Date _____ Time _____
Judge _____ in

[ ] Revocation hearing set for: Date _____ Time _____
Judge _____ in

[ ] Detention hearing set for:
Date _____ Time _____ Judge _____

[ ] Removal hearing set for:
Date _____ Time _____ Judge _____

[ ] Court orders defendant held to answer to U.S. District Court, District of _____
[ ] Other _____

## Arraignment

☑ Defendant waives indictment
☐ Defendant waives reading of indictment
☑ Information filed by Government
☐ Superseding indictment/information filed by Government
☐ Indictment
☐ Complaint

## Defendant enters a plea of

☐ Not guilty to count(s)
_____ of an _____
☑ Guilty to count(s)
      1            of an   Information

## Guilty Plea

☑ Court is satisfied there is factual basis for a plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequence of a plea of guilty
☑ Plea agreement filed
☑ Sentencing set for  3/24/20        at 2:00:00 PM
   Before Honorable     Alan B. Johnson      in  Cheyenne Courtroom 2
☐ Plea conditionally accepted
☐ Other