# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 14 2020

Margaret Botkins, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 20-CR-05-J |
| ALLISSON MAR BEBIANO | (19-MJ-103-J) |
| Defendant, | |

## WAIVER OF GUILTY PLEA BEFORE A UNITED STATES DISTRICT JUDGE/ AND CONSENT TO GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

I hereby waive my right to appear before a United States District Judge to enter a guilty plea to the felony offense(s) for which I am charged and consent to a guilty plea before a United States Magistrate Judge.

Dated this 14th day of January, 2020.

_Allisson Mar Bebiano_
Defendant

_[signature]_
Attorney

Approved:

_[signature]_
Kelly H. Rankin
Chief United States Magistrate Judge