DAVID WEISS
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne, WY 82001
307-772-2781
Wyoming State Bar 7-5021
david.weiss@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br><br><br>ALLISON MAR BEBIANO<br><br>          Defendant. | Docket: 20-CR-05-J |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Allison Mar Bebiano, through his attorney, David Weiss, Assistant Federal Public Defender, moves the Court for an order resetting his sentencing hearing scheduled for March 24, 2020. Counsel is in quarantine for the next two weeks because of the COVID-19 pandemic. Undersigned counsel contacted Assistant United States Attorney Christyne M. Martens about this request, and AUSA Martens indicated she had no objection.

Rule 32(b)(1) of the Federal Rules of Criminal Procedure instructs courts to "impose sentence without unnecessary delay." However, for good cause, a court may continue a sentencing hearing. *See* Fed. R. Crim.P. 45(b)(1) ("When an act must or

may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion....").

Out of an abundance of caution, undersigned counsel is not permitted to attend court hearings, conduct jail visits, or go into the office for the next two weeks. Mr. Bebiano's hearing is scheduled for next week, and undersigned counsel will not be able to attend.

Accordingly, Mr. Bebiano requests that the sentencing hearing now set for March 24, 2020 at 2:00 p.m. be vacated and reset as soon as COVID-19 does not pose a direct threat to the public and the hearing's participants.

DATED this 20th day of March 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ David Weiss*
David Weiss
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on March 20, 2020, to counsel of record via the ECF system.

*/s/ David Weiss*
David Weiss